[No. 30846-7-I.   Division One.   October 25, 1993.]

DEXTER BECKSTEAD, ET AL, *Appellants*, v. THE WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-02724-2, Marsha J. Pechman, J., entered May 8, 1992. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.

[No. 30482-8-I.   Division One.   October 25, 1993.]

GALE COX, ET AL, *Respondents*, v. THE CITY OF LYNNWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-01749-2, John F. Wilson, J., entered January 23, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Grosse, JJ.
Withdrawn December 13, 1993. See 72 Wn. App. 1.

[No. 30236-1-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW J. TROTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-06894-3, John M. Darrah, J., entered February 14, 1992. *Reversed* by unpublished per curiam opinion.

[No. 29927-1-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01923-8, Liem E. Tuai, J., entered December 27, 1991. *Reversed* by unpublished per curiam opinion.